# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1250

_____

| | | |
|---|---|---|
| James Kevin Warford, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Arkansas. |
| | * | |
| United Parcel Service, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: August 4, 2011
Filed: August 11, 2011

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Arkansas resident James Warford appeals the district court's[1] denial of his motion to remand his diversity action against United Parcel Service, Inc., which had been removed from Arkansas state court. After careful de novo review, see In re Prempro Prods. Liab. Litig., 591 F.3d 613, 619 (8th Cir. 2010), we conclude that, on its face, the complaint sufficiently demonstrated that the amount in controversy exceeded the jurisdictional amount. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The HONORABLE JIMM LARRY HENDREN, Chief Judge, United States District Court for the Western District of Arkansas.